IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: I. LEWIS LIBBY, JR.　　　　　:　　　MISCELLANEOUS
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:　　　NO. 08-mc-043

## MEMORANDUM AND ORDER

Respondent I. Lewis Libby, Jr. (hereinafter "Libby"), a member of the bar of this court, was temporarily suspended from the practice of law by the Supreme Court of Pennsylvania, effective thirty (30) days after December 3, 2007. On March 6, 2008, Libby was ordered by this court to show cause, within thirty (30) days, why identical discipline should not be imposed upon him by this court.

On April 4, 2008, this court received a letter in the mail from Alex J. Bourelly, Esquire, a member of the bar of other courts who is not licensed to practice in this court. Mr. Bourelly stated that he represented Libby and that Libby did not contest reciprocal temporary suspension from the practice of law in this court, in a form identical to that imposed by the Supreme Court of Pennsylvania. Mr. Bourelly also notified this court at that time that Libby had been disbarred from the practice of law in the District of Columbia, effective March 20, 2008. Accordingly, this 7th day of April, 2008, it is hereby **ORDERED** as follows.

1. I. Lewis Libby, Jr., is temporarily suspended from the practice of law in this court.

2. I. Lewis Libby, Jr. shall file with this court, within thirty (30) days from the date of service of this Order, an answer informing this court of any claim by Libby, predicated on the grounds set forth in Local Rule of Civil Procedure 83.6. II. D, that the imposition by this court of reciprocal disbarment would be unwarranted, and the reasons therefore.

3. Whereas at this time he is not represented by a member of the bar of this court, this Order shall be mailed by this court directly to Libby.

**BY THE COURT:**

/s/ Harvey Bartle III
**HARVEY BARTLE III
Chief U.S. District Judge**